REGIS FERNANDEZ, ESQUIRE
7 Federal Square
Newark, New Jersey 07102
Telephone: 973-297-0002
Cell: 201-787-5584

August 19, 2026
Via Electronic Filing

Hon. Claire C. Cecchi
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Debora Luz Hernandez Murillo v. BLANCHE, et al. No. 2:26-cv-10297-CCC
**REQUEST TO LIFT STAY AND VOLUNTARY DISMISS HABEAS PETITION**

Dear Judge Cecchi:

I represent the Petitioner with regard to the instant habeas petition.

The purpose of this letter is to respectfully request that the Court lift and vacate the restriction on Petitioner's removal. Petitioner wishes to withdraw the instant habeas petition and permit Respondents to execute the final order of removal entered against her on September 21, 2004.

Accordingly, Petitioner respectfully requests that the Court lift the restriction on her removal and permit Respondents to effectuate her removal pursuant to the final order of removal.

Petitioner further respectfully requests that the Court dismiss the instant habeas petition and close this matter.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Regis Fernandez
Regis Fernandez, Esquire
August 19, 2026

The previous stay of Petitioner's transfer, ECF No. 2, is hereby lifted.
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/20/2026